1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    RANDALL POPE,                              1:24-cv-00122-GSA (PC)

12                    Plaintiff,

13          v.                                   ORDER TRANSFERRING CASE TO THE
                                                 SACRAMENTO DIVISION OF THE
14    L. KISS,                                   EASTERN DISTRICT OF CALIFORNIA

15                    Defendant.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

19          In his complaint plaintiff alleges violations of his civil rights by defendants.  The alleged

20    violations took place in Stanislaus County which is part of the Sacramento Division of the United

21    States District Court for the Eastern District of California. Therefore, the complaint should have

22    been filed in the Sacramento Division.

23          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

24    court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

25    will be transferred to the Sacramento Division.  This court will not rule on plaintiff's request to

26    proceed in forma pauperis.

27          Good cause appearing, IT IS HEREBY ORDERED that:

28          1.  This action is transferred to the United States District Court for the Eastern District of

                                                  1

1    California sitting in Sacramento; and

2         2.  All future filings shall refer to the new Sacramento case number assigned and shall be

3    filed at:

4                      United States District Court
                        Eastern District of California

5                      501 "I" Street, Suite 4-200
                       Sacramento, CA 95814

6

        3.  This court has not ruled on plaintiff's request to proceed in forma pauperis.

7

8

   IT IS SO ORDERED.

9

10     Dated:   __**January 26, 2024**__               __**/s/ Gary S. Austin**__
                                            UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28