UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL POPE, | No. 2:24-cv-0325 AC P |
| Plaintiff, | |
| v. | ORDER |
| L. KISS, | |
| Defendant. | |

Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his inmate trust account statement.

Plaintiff indicates in his motion to proceed in forma pauperis that deputies have been unwilling to sign the certificate portion of his application. ECF No. 2 at 1. If plaintiff has difficulty obtaining a certified copy of his trust account statement, he should show relevant staff a copy of this order to assist him in explaining what documentation is needed and to show that it is required by the court.

////

1

1    In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit,
2 within thirty days from the date of this order, a certified copy of his inmate trust account
3 statement for the six-month period immediately preceding the filing of the complaint. Plaintiff's
4 failure to comply with this order will result in a recommendation that this action be dismissed
5 without prejudice.
6 DATED: January 30, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE